UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH B. GIBBS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. HERRERA, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-2188 TLN AC P<br><br><br>ORDER |

    Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed an in forma pauperis affidavit and a prisoner trust fund account statement.  ECF Nos. 12, 13.  The prisoner trust fund account statement indicates that as of March 1, 2022, plaintiff's account contained $4,009.08.  ECF No. 12 at 2.

    In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay both the $350.00 filing fee and the $52.00 administrative fee for a civil action or file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the $350.00 filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

person who submits an affidavit . . . that [he] is unable to pay such fee or give security therefor." 28 U.S.C. § 1915(a). The balance off plaintiff's prisoner trust fund account shows that he is able to pay the filing fee and costs. Thus, plaintiff has made an inadequate showing of indigency. See, e.g., Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995); Alexander v. Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993). Plaintiff will therefore be granted twenty-one days in which to submit the appropriate filing fee to the Clerk of Court.

Plaintiff is cautioned that failure to pay the fee will result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that, within twenty-one days from the date of this order, plaintiff shall submit the appropriate filing fee.

DATED: May 9, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2