1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **KENNETH GIBBS,** | Case No. 2:21-cv-02188 TLN AC |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING EARLY ADR** |
| v. | |
| **A. HERRERA, et al.,** | |
| Defendants. | |

18        The Court, having reviewed Defendants McCrary, Herrera, Nappen, and Enriquez's

19   ("Defendants") Motion to Opt Out of Post-Screening Early ADR, finds that the request is

20   supported by good cause.

21        Accordingly, IT IS HEREBY ORDERED that:

22        1. Defendants' Motion to Opt Out of Post-Screening Early ADR is GRANTED;

23        2. The stay of this action is lifted; and

24        3.  Defendants shall file a responsive pleading within thirty days from the date of this order.

25        **IT IS SO ORDERED.**

26   DATED: May 21, 2024

27                                                    ALLISON CLAIRE
                                                      UNITED STATES MAGISTRATE JUDGE

28

1